AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Wayne Cable** | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. **9:24-cv-81450**     LEIBOWITZ |
| | ) |
| **CSC BRAZILIAN, L.P. dba The Brazilian Court** | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address* 

CSC BRAZILIAN, L.P. dba The Brazilian Court
c/o Registered Agent: Adam Schlessinger
1801 S. Australian Avenue
West Palm Beach, Florida 33409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
786.743.0018
Sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 20, 2024



SUMMONS

Angela E. Noble
Clerk of Court

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts